# United States Court of Appeals for the Federal Circuit

---

**ZIP TOP, INC.,**
*Plaintiff-Appellant*

**v.**

**SC JOHNSON & SON INCORPORATED,**
*Defendant-Appellee*

---

2024-1661

---

Appeal from the United States District Court for the Northern District of Illinois in No. 1:22-cv-05028, Judge Jorge L. Alonso.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

December 30, 2025
Date

Jarrett B. Perlow
Clerk of Court